**CRIMINAL CAUSE FOR BENCH DECISION ON MOTION TO SUPPRESS**

BEFORE JUDGE: HURLEY, J.   DATE: DECEMBER 22, 2009   TIME: 11:00 - 12:30
DOCKET NUMBER: CR-09-O192        USA   V.   AREVALO

FOR DEFENDANT: JAVIER AREVALO
   ATTY FOR DEFT.: MICHAEL YOUNG
    X   PRESENT,      NOT PRESENT


A.U.S.A.: JOHN DURHAM
DEPUTY CLERK:    TRISHA BEST
COURT REPORTER(S) OR ESR OPERATOR: ELLEN COMBS
PROBATION:
INTERPRETER:

CASE CALLED FOR BENCH DECISION ON DEFENDANT'S MOTION TO SUPPRESS.

FOR THE REASONS STATED ON THE RECORD, THE COURT FINDS THAT THE GOVERNMENT HAS ESTABLISHED BY A FAIR PREPONDERANCE OF THE CREDIBLE EVIDENCE THAT THE SEARCHES OF DEFENDANT'S HOME WERE CONDUCTED WITH THE VOLUNTARY CONSENT OF DEFENDANT'S MOTHER. DEFENDANT'S MOTION TO SUPPRESS IS DENIED.

DEFENDANT MAY SUBMIT A LETTER BRIEF BY JANUARY 8, 2010 IF HE FEEL THAT ANY OPEN ISSUES REMAIN.

WAIVER OF SPEEDY TRIAL FROM 12/22/2009 TO 1/15/2010 EXECUTED.

A FURTHER STATUS CONFERENCE WILL BE HELD ON JANUARY 15. 2010 AT 1:30 PM